**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KATHLEEN M. WHALEN,

        Plaintiff,

-vs-                                          Case No. 6:10-cv-865-Orl-22DAB

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____

**ORDER**

This cause is before the Court on Plaintiff's Unopposed Motion for an Extension of the Fourteen Day Period Described in Fed.R.Civ.P. 54(d)(2)(B) (Doc. No. 23), and on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 24), both filed August 5, 2011.

The United States Magistrate Judge has submitted a report recommending that the first listed motion be granted and the second motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed August 8, 2011 (Doc. No. 25) is ADOPTED and CONFIRMED and made a part of this Order.

2. Plaintiff's Unopposed Motion for an Extension of the Fourteen Day Period Described in Fed.R.Civ.P. 54(d)(2)(B) (Doc. No. 23) is GRANTED. The Court reserves jurisdiction to consider a future petition for fees under 42 U.S.C. §406(b), with any such petition to be filed no later than 30 days after any action- such as receipt of the Notice of Award- giving rise to entitlement to fees. The calculation of past-due benefits and the appropriate attorney's fee can take several months to finally determine; therefore, the 30 days should begin to run from the date a final determination is reached.

3. Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 24) is GRANTED in part. Plaintiff is hereby awarded attorney's fees in the amount of **$3,908.36**. The Court declines to authorize payment to Plaintiff's counsel as any arrangement between client and counsel is outside the purview of the judgment.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 24, 2011.

JOHN ANTOON II
United States District Judge
(Signed in the absence of
Chief Judge Anne C. Conway)

Copies furnished to:

Counsel of Record