# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KATHLEEN M. WHALEN,**

    **Plaintiff,**

v.                                                                                    **Case No: 6:10-cv-865-Orl-22DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This cause is before the Court on Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. §406(b) (Doc. No. 27) filed on June 15, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 22, 2012 (Doc. No. 28), is ADOPTED and CONFIRMED and made a part of this Order.

2. Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. §406(b) is hereby GRANTED, and the judgment is amended to award fees pursuant to 42 U.SC. §406(b) in the amount of **$6,033.00**.

**DONE** and **ORDERED** in Orlando, Florida on July 9, 2012.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record